

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEJANDRO RIVERA, CARLOS MONTIEL, ALFONSO GONZALEZ, RIGOBERTO SALAS, LUIS RAMIREZ HERRERA, PEDRO GONZALEZ, CARLOS MUNOZ HERNANDEZ, ANTONIO VIVAR, OSMAN SAMAYOA, SERGIO JUAREZ, JESUS ORTIZ, ANDRES FUENTES, JORGE ORTIZ, NOE ESCAMILLA, HUGO SAPON, JOSE RIVERA, GUSTAVO JUAREZ, IRAEL JIGUAN, JUAN J. LOPEZ, JUSTINO CUENCA, AURELIO SALAS, JORGE ALCARAZ AND DAVID ROJAS, *individually and on behalf of others similarly situated,*

*Plaintiffs,*

v.

RELAY DELIVERY, INC., ALEX BLUM, AND MICHAEL CHEVETT, *IN THEIR INDIVIDUAL AND PROFESSIONAL CAPACITY,*

*Defendants.*

Civil Action No. 17-cv-5012 **(JLC)**

ECF Case

**STIPULATION AND ▬▬▬▬ ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Alejandro Rivera, Carlos Montiel, Alfonso Gonzalez, Rigoberto Salas, Luis Ramirez Herrera, Pedro Gonzalez, Carlos Munoz Hernandez, Antonio Vivar, Osman Samayoa, Sergio Juarez, Jesus Ortiz, Andres Fuentes, Jorge Ortiz, Noe Escamilla, Hugo Sapon, Jose Rivera, Gustavo Juarez, Irael Jiguan, Juan J. Lopez, Justino Cuenca, Aurelio Salas, and David Rojas, and opt-in Plaintiffs Rigoberto Atlanteco, Pedro Cataneo, German Lazaro, Armando Luna, Abel Palacios, Edgar Castillo, Ricardo Garcia, and Noe Joel Espinosa (collectively "Plaintiffs") and Defendants Relay Delivery, Inc., Alex Blum, and Michael Chevett (collectively "Defendants"), through their undersigned counsel, and it is further hereby ORDERED by the Court's signature below, that:

The First Revised Settlement Agreement and Release entered into by the parties is hereby approved by the Court and is determined to be a fair and reasonable settlement of a bona fide dispute under, *inter alia*, the Fair Labor Standards Act in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), *cert. denied*, 136 S. Ct. 824 (U.S. 2016).

Plaintiffs' Complaint and all of Plaintiffs' claims asserted in this action are hereby dismissed immediately, with prejudice and without costs to either party, and without either party being deemed or considered a prevailing party.

| | |
|---|---|
| LINA FRANCO LAW, P.C.<br>*Attorneys for Plaintiff*<br>42 Broadway, Suite 12-126<br>New York, New York 10004<br>(800) 933-5620<br><br>By: _____<br>Lisa Franco, Esq. | FOX ROTHSCHILD LLP<br>*Attorneys for Defendants*<br>101 Park Avenue, Suite 1700<br>New York, NY 10178<br>(212) 878-7900<br><br>By: _____<br>Carolyn D. Richmond, Esq.<br>Alexander W. Leonard, Esq. |
| DATED: New York, New York<br>5/3/2018<br><br>SO ORDERED:<br><br>_____<br>Honorable James L. Cott<br>United States Magistrate Judge | DATED: New York, New York<br>5/7/2018<br><br>DATED: New York, New York<br>May 11, 2018 |

ACTIVE\56479927.v1-5/2/18                    2